DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY GADUS,** as Personal Representative of the
**ESTATE OF KEVIN GADUS** a/k/a **Kevin M. Gadus,**
Appellant,

v.

**LISA SULLIVAN,**
Appellee.

No. 4D22-2569

[June 29, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Charles M. Greene, Judge; L.T. Case No. PRC210003890.

Jonathan B. Morton and Barbara A. Simanek of K&L Gates LLP, Miami, for appellant.

M. Hope Keating of Greenberg Traurig, P.A., Tallahassee, and James R. George and Paul B. McCawley of Greenberg Traurig, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***